

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2019

No. 04-19-00354-CV

**CUMBERLAND SURGICAL HOSPITAL OF SAN ANTONIO, LLC; PSN AFFILIATES, LLC- NORTH LOOP SERIES,**
Appellants

v.

**CCA FINANCIAL, LLC,**
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03676
The Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant's brief was due to be filed by July 17, 2019.  Neither the brief nor a motion for extension of time has been filed.  It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution.  *See* TEX. R. APP. P. 38.8(a).

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court